1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE PENDERGRASS, JR.,

11          Plaintiff,                    No. CIV S-05-0728 DFL GGH P

12      vs.

13   R.C.C.C., et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff is state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On March 6, 2006, the court recommended that defendant's motion to dismiss

18   be granted based, in part, on plaintiff's failure to file an opposition.  On March 16, 2006, plaintiff

19   filed objections.  Plaintiff's objections address the merits of defendant's motion.

20          The court will vacate the findings and recommendations and construe plaintiff's

21   objections as his opposition.  Plaintiff is informed that untimely filings in the future, absent good

22   cause, will result in the filing being ignored.  Objections after the fact are insufficient.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The March 6, 2006, findings and recommendations are vacated;

25   /////

26   /////

1

1          2.  Defendant's January 9, 2006, motion to dismiss is deemed submitted.

2    DATED:  3/28/06

                                              /s/ Gregory G. Hollows
3
                                        _____
4                                             GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE
5
     ggh:kj
6    pen728.vac

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26