IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE PENDERGRASS, JR.,

      Plaintiff,                            No. CIV S-05-0728 DFL GGH P

    vs.

R.C.C.C., et al.,

      Defendants.                   <u>ORDER</u>

_____/

        On August 28, 2006, plaintiff filed a request for appointment of counsel and a request for case status. On April 10, 2006, this court recommended that defendants' motion to dismiss on grounds that plaintiff failed to exhaust administrative remedies be granted. On April 26, 2006, plaintiff filed objections. On August 4, 2006, the district court adopted the findings and recommendations and judgment was entered.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 28, 2006, request for appointment of counsel is disregarded because judgment was entered.

DATED: 9/12/06                                /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

pen728.ord